UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEFFERY TODD CRYSTAL,

      Petitioner,

v.                                            Case No.  3:19cv4915-LC-MJF

MARK INCH,

      Respondent.

_____/

## ORDER

      This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated December 9, 2019.  (Doc. 2). Petitioner was provided a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).   No objection have been filed.

      Having considered the Report and Recommendation, I have determined that it should be adopted.

      Accordingly, it is ORDERED:

      1.  The Magistrate Judge's Report and Recommendation (Doc. 2) is adopted and incorporated by reference in this order.

      2.  This case is **DISMISSED** for lack of jurisdiction.

3.  The clerk of court is directed to close this case file and to send Petitioner the petition form for use in habeas corpus cases filed under 28 U.S.C. § 2254.

**ORDERED** on this 14th day of January, 2020.

s/*L. A. Collier*

**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**